Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Southern DIVISION

NASER BINA

versus

Anthem Life
and Disability

CIVIL ACTION NO. _____

*United States Courts*
*Southern District of Texas*
*FILED*
*MAR 03 2017*
*David J. Bradley, Clerk of Court*

ORIGINAL COMPLAINT

Became temporily Disabled Due to Surgery, defendent Refused Benefit Due to Pre-existing Condition, which has NOT existed to begin with Surgery + Disability was Due To <u>Sudden</u> and <u>unexpected</u> illness.

*[signature]*
2/16/17