United States District Court
Southern District of Texas
**ENTERED**
October 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NASER BINA, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-735 |
| | § | |
| ANTHEM LIFE AND DISABILITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having considered Anthem Life Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 15), and heard argument on the record, finds that the Motion to Dismiss should be **GRANTED**. The Amended Complaint has been **DISMISSED WITHOUT PREJUDICE**. Plaintiff has thirty days to file another amended complaint.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 3rd day of October, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE